AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

LARRY P. CRAFT, an individual,

**SUMMONS IN A CIVIL CASE**

V.

AUGUSTA-RICHMOND COUNTY,
GEORGIA; et al.,

CASE NUMBER: CV1:14-72

TO: (Name and address of Defendant)

AUGUSTA-RICHMOND COUNTY, GEORGIA
Lena Bonner, Clerk of Commission
530 Greene Street, Suite 800
Augusta, GA. 30901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C. Stebbins, III

WARLICK, TRITT, STEBBINS & MURRAY, LLP

Post Office Box 1495

Augusta, Georgia 30903-1495

Telephone: (706) 722-7543

Facsimile: (706) 722-1822

an answer to the complaint which is served on you with this summons, within ~~20~~ 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

_____
(By) DEPUTY CLERK

03/18/2014
DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                                    *Signature of Server*

                                             _____
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

LARRY P. CRAFT, an individual,

**SUMMONS IN A CIVIL CASE**

V.

AUGUSTA-RICHMOND COUNTY, GEORGIA; et al.,

CASE NUMBER: CV1:14-72

TO: (Name and address of Defendant)

DANNY WHITEHEAD
Lena Bonner, Clerk of Commission
530 Greene Street, Suite 800
Augusta, GA. 30901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C. Stebbins, III

WARLICK, TRITT, STEBBINS & MURRAY, LLP

Post Office Box 1495

Augusta, Georgia 30903-1495

Telephone: (706) 722-7543

Facsimile: (706) 722-1822

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

(By) DEPUTY CLERK

03/18/2014
DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                                  *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

LARRY P. CRAFT, an individual,

**SUMMONS IN A CIVIL CASE**

V.

AUGUSTA-RICHMOND COUNTY,
GEORGIA; et al.,

CASE NUMBER: CV1:14-72

TO: (Name and address of Defendant)

RICHARD ROUNDTREE
Lena Bonner, Clerk of Commission
530 Greene Street, Suite 800
Augusta, GA. 30901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C. Stebbins, III

WARLICK, TRITT, STEBBINS & MURRAY, LLP

Post Office Box 1495

Augusta, Georgia 30903-1495

Telephone: (706) 722-7543

Facsimile: (706) 722-1822

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

(By) DEPUTY CLERK

03/18/2014
DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                  Signature of Server

                                _____
                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

LARRY P. CRAFT, an individual,

**SUMMONS IN A CIVIL CASE**

V.

AUGUSTA-RICHMOND COUNTY,
GEORGIA; et al.,

CASE NUMBER:   CV1:14-72

TO: (Name and address of Defendant)

SCOTT GAY
Lena Bonner, Clerk of Commission
530 Greene Street, Suite 800
Augusta, GA. 30901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C. Stebbins, III

WARLICK, TRITT, STEBBINS & MURRAY, LLP

Post Office Box 1495

Augusta, Georgia 30903-1495

Telephone: (706) 722-7543

Facsimile: (706) 722-1822

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

(By) DEPUTY CLERK

03/18/2014
DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                     Date                                *Signature of Server*

                                                               _____
                                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

LARRY P. CRAFT, an individual,

**SUMMONS IN A CIVIL CASE**

V.

AUGUSTA-RICHMOND COUNTY,
GEORGIA; et al.,

CASE NUMBER:   CV1:14-72

TO: (Name and address of Defendant)

    WILLIAM L. HULTMAN, JR,
    Lena Bonner, Clerk of Commission
    530 Greene Street, Suite 800
    Augusta, GA. 30901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles C. Stebbins, III

WARLICK, TRITT, STEBBINS & MURRAY, LLP

Post Office Box 1495

Augusta, Georgia 30903-1495

Telephone: (706) 722-7543

Facsimile: (706) 722-1822

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

(By) DEPUTY CLERK

03/18/2014
DATE

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02